Order issued October 5 , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00856-CV

CHAN PARK, Appellant

V.

EXXON MOBIL CORPORATION, Appellee

## ORDER

We **GRANT** appellant's October 3, 2012 second unopposed motion for an extension of time to file a brief. Appellant shall file his brief on or before November 5, 2012. We caution appellant that no further extension will be granted absent extraordinary circumstances.

ELIZABETH LANG-MIERS
JUSTICE